IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
AL JOSEPH FELDER, SR.,        )
                              )
    Petitioner,               )
                              )
    5.                        )   CIVIL ACTION NO.
                              )   2:03cv1206-MHT
UNITED STATES OF AMERICA,     )        (WO)
                              )
    Respondent.               )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The petitioner's objections (Doc. No. 56) are overruled.

(2) The United States Magistrate Judge's recommendation (Doc. No. 54) is adopted.

(3) The 28 U.S.C. § 2255 petition for writ of habeas corpus (Doc. No. 1) is granted as to count 3 (18 U.S.C. § 924(c)) and denied in all other respects.

 (4) The conviction on count 3 (18 U.S.C. § 924(c)) is vacated.

 (5) Petitioner will be re-sentenced.

It is further ORDERED that the clerk of the court is to file a copy of this judgment, along with copies of the accompanying opinion and the underlying recommendation (doc. no. 54), in <u>United States v. Felder</u>, criminal action no. 2:90cr271-MHT.

It is further ORDERED that costs are taxed against respondent, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 26th day of May, 2006.

     /s/ Myron H. Thompson
     UNITED STATES DISTRICT JUDGE